DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL VOTA,**
Appellant,

v.

**MEAGAN ESTREMERA,**
Appellee.

No. 4D2025-3464

[July 1, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Levien Shullman, Judge; L.T. Case No. 502025SC014815XXXAMB.

Paul Vota, Palm Beach Gardens, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

GERBER, FORST and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***